UNITED STATES of America,
Plaintiff—Appellee,

v.

Juan Antonio GOMEZ–LOPEZ,
Defendant—Appellant.

No. 02–10558.
D.C. No. CR–02–00807–1–JMR.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted June 13, 2003.*

Decided June 19, 2003.

Before RYMER, THOMAS, and SILVERMAN, Circuit Judges.

### MEMORANDUM**

Juan Antonio Gomez–Lopez appeals his conviction and sentence following a guilty-plea conviction for one count of illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a) with an enhancement pursuant to 8 U.S.C. § 1326(b)(2). Gomez–Lopez's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record on the ground that she failed to discover any arguable issues on appeal. Gomez–Lopez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

